**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**UNITED STATES**

**VERSUS**                                                    **CRIMINAL NO. 4:06CR019-P-B**

**DIANE GRACE SIMPSON**

## ORDER GRANTING DEFENDANT'S MOTION
## FOR MENTAL EXAMINATION

This cause is before the Court on the motion of defendant Diane Grace Simpson for a continuance in order to facilitate a mental examination to evaluate her competency to stand trial. See 18 U.S.C. § 4241.

Defense counsel avers in the motion that "his client is not able to properly understand the matter pending against her and is not able to properly assist with her defense." The government does not oppose the defendant's motion. Having carefully considered the matter and being otherwise fully advised in the premises, the Court finds as follows, to-wit:

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion for Mental Examination is well-taken and should be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that the Medical Center for Federal Prisoners, Springfield, Missouri, or any other appropriate federal medical facility is designated by the Court as the facility where a psychiatric examination of defendant Simpson should be conducted for the purpose of preparing and submitting a report pursuant to 18 U.S.C. §§ 4241 and 4247;

That the time period for examination of defendant Simpson shall commence upon her receipt

at the medical facility;

That this cause is hereby continued until further order of the Court; and that, under 18 U.S.C. § 3161(h)(1)(A) and (H), this delay shall be excluded in computing the time in which the trial of defendant Simpson shall commence.

SO ORDERED, this the 16th day of May, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE