# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**UNITED STATES OF AMERICA**

**VERSUS**                                             **CRIMINAL NO. 4:06CR019-P-B**

**DIANE GRACE SIMPSON**

## ORDER FOR PSYCHIATRIC EXAMINATION

This matter comes before the Court on motion of the government seeking an order pursuant to Fed. R. Crim. P. Rule 12.2 and 18 U.S.C. §§ 4241, et seq. The defendant, DIANE GRACE SIMPSON, having moved for a continuance based upon the preliminary findings of Counsel, Stephen Nick, and the Court, being of the opinion that said findings place in issue DIANE GRACE SIMPSON's competency, is of the opinion that said motion is well-taken and the same should be sustained. It further appears that the defendant should be examined at the Medical Center for Federal Prisoners in Springfield, Missouri (or some other appropriate federal medical facility).

IT IS THEREFORE ORDERED as follows:

1.    That the government's motion that the defendant be examined at the Medical Center for Federal Prisoners in Springfield, Missouri (or an equivalent Medical Center for Federal Prisoners) by a competent psychiatric staff be and the same is hereby sustained. Subsequent to said examination the Court, counsel for the defendant, and the United States Attorney's Office should be furnished with a copy of the report of psychiatric evaluation;

2.    That the examiners should determine to the extent medically possible whether or not DIANE GRACE SIMPSON is presently suffering from a mental disease or defect that renders him

mentally incompetent to the extent that he is unable to understand the nature and consequence of the proceedings against him or which renders him unable to assist properly in the defense of his case;

    3.    That the examiners should determine to the extent medically possible whether the defendant DIANE GRACE SIMPSON suffered from a diminished capacity within the meaning of § 5K2.13 of the United States Sentencing Guidelines Manual at the time of the offenses charged.

So ORDERED and ADJUDGED, this the 22nd day of May, 2006.

                              /s/ W. Allen Pepper, Jr.
                              W. ALLEN PEPPER, JR.
                              UNITED STATES DISTRICT JUDGE